IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC. et al | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 2:21-cv-00376-JRG |
| | § | |
| APPLE INC. | § | |
|     *Defendant.* | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| APPLE INC. | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:21-cv-00460-JRG |
| | § | |
| TELEFONAKTIEBOLGET LM | § | |
| ERICSSON INC. et al | § | |
|     *Defendants.* | § | |

## **REPORT OF MEDIATION**

The above-captioned cases were mediated by David Folsom on Wednesday, June 1, 2022, between Apple Inc. and Telefonaktiebolget LM Ericsson Inc. et al. The mediation session was unsuccessful. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 7th day of June 2022.

                                                    */s/ David Folsom*
                                                  David Folsom
                                                  TXBN: 07210800
                                                  JACKSON WALKER, LLP
                                                  6002-B Summerfield Drive
                                                  Texarkana, Texas 75503
                                                  Telephone: (903) 255-3250
                                                  Facsimile: (903) 255-3265
                                                  E-mail: dfolsom@jw.com

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 7th day of June 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                         */s/  David Folsom*
                                         David Folsom

32663964v.1 141408/00914