## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00376-JRG |
| APPLE INC.; | § § | |
| *Defendant*. | § § | |

## <u>ORDER</u>

The Court issues this order *sua sponte*. The Court hereby sets Plaintiffs Telefonaktiebolaget LM Ericsson and Ericsson Inc.'s ("Ericsson") Motion to Compel Apple to Immediately Present a Corporate Representative to Identify Witnesses with Knowledge and to Toll Ericsson's Obligation to Begin Process of Email Production Until Apple Complies (Dkt. No. 95), Ericsson's Motion to Compel Discovery Needed from Apple in Order to Meet Apple's Requested Trial Schedule (Dkt. No. 100), and all related briefing for hearing on **Wednesday July 6, 2022**, at **3:30 p.m.** central time in-person in Marshall, Texas. The Court **ORDERS** that lead and local counsel for the parties meet and confer in-person in an effort to resolve these disputes beginning at **9:00 a.m.** central time on **Wednesday July 6, 2022**, and continuing until the Court takes up these matters on their merits. Such in-person meet and confer efforts shall take place within the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas. The Court may increase or decrease the meet and confer process as the Court believes to be beneficial to the parties, the Court, and the interests of justice.

So **ORDERED** and **SIGNED** this 13th day of June, 2022.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE