IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00376-JRG |
| APPLE INC.; | § § § | |
| *Defendant*. | § § | |

# ORDER

The Court issues this Order *sua sponte*. On June 13, 2022, the Court set a hearing on two motions filed by Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson"): Ericsson's Motion to Compel Apple to Immediately Present a Corporate Representative to Identify Witnesses with Knowledge and to Toll Ericsson's Obligation to Begin Process of Email Production Until Apple Complies (Dkt. No. 95) and Ericsson's Motion to Compel Discovery Needed from Apple in Order to Meet Apple's Requested Trial Schedule (Dkt. No. 100) (collectively, "Ericsson's Motions to Compel"). (Dkt. No. 102.) The hearing is scheduled for July 6, 2022 in Marshall, Texas. (*Id*. at 1.)

On June 16, 2022, Defendant Apple Inc. ("Apple") filed a Motion to Compel Production of Ericsson Documents and Interrogatory Responses Relevant to Determination of FRAND Terms ("Apple's Motion to Compel"). (Dkt. No. 103.) The Court intends to hear argument on Apple's Motion to Compel and all related briefing at the hearing currently set for **Wednesday July 6, 2022, at 3:30 p.m.** central time in-person in Marshall, Texas. The Court **ORDERS** that lead and local counsel for the parties meet and confer in-person in an effort to resolve this dispute, along with the

disputes related to Ericsson's Motions to Compel, beginning at **9:00 a.m.** central time on **Wednesday July 6, 2022,** and continuing until the Court takes up these matters on their merits. Such in-person meet and confer efforts shall take place within the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas. The Court may increase or decrease the meet and confer process as the Court believes to be beneficial to the parties, the Court, and the interests of justice.

**So Ordered this**
Jun 16, 2022

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE