IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**APPLE INC.,**<br><br>**Defendant.** | Civil Action No. 2:21-cv-376 |

## NOTICE REGARDING DKT. NO. 95

On May 27, 2022, Ericsson filed its Motion to Compel Apple to Immediately Present a Corporate Representative to Identify Witnesses with Knowledge and to Toll Ericsson's Obligation to Begin Process of Email Production until Apple Complies.  *See* Dkt. No. 95.  Ericsson notifies the Court that on June 9, 2022, nearly two weeks after Ericsson filed its Motion, Apple made a written supplementation identifying further ESI custodians and mooting Dkt. No. 95.

1

<table>
<tr><td>

Dated: June 27, 2022

Theodore Stevenson, III (Lead Attorney)
Texas State Bar No. 19196650
ted.stevenson@alston.com
**ALSTON & BIRD**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899

Andrew J. Tuck (*pro hac vice*)
Georgia Bar No. 402306
andy.tuck@alston.com
Bryan Lutz (*pro hac vice*)
Georgia Bar No. 915395
bryan.lutz@alston.com
**ALSTON & BIRD**
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

Christine Woodin
Texas State Bar 24199951
cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone:(213) 788-4099
Facsimile: (888) 775-0898

</td><td>

Respectfully Submitted,

/s/ *Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Alexander Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Blake Bailey
Texas State Bar No. 24069329
bbailey@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 27, 2022.

/s/ *Nicholas Mathews*
Nicholas Mathews
