# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC., <br><br>  Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br>  Defendant. | Civil Action No. 2:21-cv-00376-JRG <br><br> Jury Trial Demanded |
| APPLE INC., <br><br>  Counterclaim-Plaintiff, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC., <br><br>  Counterclaim-Defendants. | |

**ERICSSON'S NOTICE OF PROPOSED BRIEFING SCHEDULE
ON APPLE'S EMERGENCY MOTION (DKT. 116)**

Plaintiffs Telefonaktiebolaget LM Ericsson and Ericsson Inc. ("Ericsson") hereby provide notice of their proposed briefing schedule for Defendant Apple, Inc.'s ("Apple") "Emergency Motion for Relief Against Ericsson's Attempt to Use Secret, *Ex Parte* Actions in Bogota, Colombia" (Dkt. 116, the "Motion").

## I. Relief Requested in the Motion

Apple filed its Emergency Motion on 3:50 p.m. Friday, July 8. Although Apple's motion concerns an injunction for patent infringement issued against it in Colombia, Apple does not seek an injunction. Instead, Apple's motion primarily seeks monetary relief, specifically an order that Ericsson "indemnify Apple for any fines, fees, penalties, and costs it incurs as a result of the Colombian injunction." Dkt. 116 at 4. As Apple makes clear, "Apple seeks only indemnification and not an injunction." *Id.* at 14; *see also id.* 2 n. 1 ("Apple does not seek an injunction by this motion . . ."); *id.* at 4 ("Apple's motion does *not* seek an 'anti-injunction injunction.'"). In addition, Apple seeks to expand the terms of this Court's protective order to permit Apple to provide certain documents that have been produced in this proceeding to its Colombia counsel. Dkt. 116 at 4.

## II. Ericsson's Proposed Expedited Briefing Schedule

Given that no injunctive relief is requested, but instead primarily monetary relief, it is far from clear that Apple's motion should be accorded emergency treatment. Nonetheless, because Apple has styled its Motion as an emergency one, Ericsson is willing to expedite its response. Ericsson proposes the Court set a deadline for Ericsson's response of July 15 (seven days from service), and reduce the reply and sur-reply deadlines from 7 days to 3 days each. This schedule would provide for expedited treatment while still allowing the parties to focus their energy on completing fact discovery, which closes in this case this Friday, July 15.

Dated: July 10, 2022                                    Respectfully Submitted,

Theodore Stevenson, III (Lead Attorney)
Texas State Bar No. 19196650
ted.stevenson@alston.com
**ALSTON & BIRD**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899

Andrew J. Tuck (*pro hac vice*)
Georgia Bar No. 402306
andy.tuck@alston.com
Bryan Lutz (*pro hac vice*)
Georgia Bar No. 915395
bryan.lutz@alston.com
**ALSTON & BIRD**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

Christine Woodin
Texas State Bar 24199951
cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4099
Facsimile: (888) 775-0898

/s/ *Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Alexander Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Blake Bailey
Texas State Bar No. 24069329
bbailey@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 10, 2022.

/s/ *Andy Tuck*
Andy Tuck

- 3 -