IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-00376-JRG |

**NOTICE OF ERRATA TO THE JULY 14, 2022 DECLARATION OF CARLOS R. OLARTE**

I, Carlos R. Olarte, do state and declare as follows:

1. I am an attorney with the law firm of OlarteMoure, and my office address is Carrera 5 No. 34-03, Bogota, Colombia 110311. I represent Telefonaktiebolaget LM Ericsson (Publ) in litigation proceeding in Colombia against Apple Colombia SAS. Unless otherwise stated, the matters contained in this notice of errata are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I submitted a declaration, dated July 14, 2022, in connection with Ericsson's response to Apple's emergency motion for relief (the "Declaration"). *See* Dkt. No. 125-8.

3. There was a typographical error in paragraph 14 of my Declaration. Paragraph 14 references filings that Apple made in Colombia but states that Apple made those filings on June 12, 2022. The correct date for the filings referenced in paragraph 14 of my Declaration is July 12, 2022. Thus, the affected sentence in paragraph 14 should read:

> In response, on July 12, 2022, Apple filed four (4) additional briefs before Judge 43 (one request for clarification of the rejection of their first RA, one requesting the

- 2 -

Judge to dismiss a draft order Ericsson provided to inform the preliminary injunction relief to the customs authority in Colombia, and two additional submissions appealing the preliminary injunction grant and seeking to post a counterbond).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed on July 19, 2022, in Bogota, Colombia.

Carlos R. Olarte

Dated: July 20, 2022

Theodore Stevenson, III (Lead Attorney)
Texas State Bar No. 19196650
ted.stevenson@alston.com
**ALSTON & BIRD**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899

Andrew J. Tuck (*pro hac vice*)
Georgia Bar No. 402306
andy.tuck@alston.com
Bryan Lutz (*pro hac vice*)
Georgia Bar No. 915395
bryan.lutz@alston.com
**ALSTON & BIRD**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

Christine Woodin
Texas State Bar 24199951
cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4099
Facsimile: (888) 775-0898

Respectfully Submitted,

/s/ *Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Alexander Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
**MCKOOL SMITH ATC.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Blake Bailey
Texas State Bar No. 24069329
bbailey@mckoolsmith.com
**MCKOOL SMITH ATC.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH ATC.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 20, 2022.

/s/ *Nicholas Mathews*
Nicholas Mathews
