IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | CIVIL ACTION NO.  2:21-CV-00376-JRG |
| APPLE INC., | | |
| *Defendant*. | | |

**ORDER**

The Court issues this Order *sua sponte*. Before the Court is Ericsson's Motion to Compel Apple to Present a Corporate Representative to Testify on Relevant Topics (the "Motion") filed by Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson"). (Dkt. No. 121.) In the Motion, Ericsson requests the Court to compel Defendant Apple Inc. ("Apple") to present a corporate representative on over thirty topics from Ericsson's Third Notice of Deposition. (*Id*. at 1.) In opposition to Ericsson's Motion, Apple contends that it has made witnesses available to testify on 26 out of the 33 topics that Ericsson references, largely mooting Ericsson's Motion. (Dkt. No. 132 at 1.) Apple also alleges that Ericsson failed to comply with the Court's meet and confer requirements in filing its Motion. (*Id*.)

Having considered the Motion, and noting Apple's representation that it has designated a corporate witness to testify on many of the deposition topics at issue in Ericsson's Motion, the Court **ORDERS** the parties to **meet and confer** and submit a **Joint Notice** to the Court within **ten (10) days** from the date of this Order. The Joint Notice should include the full text of each

deposition topic from Ericsson's Motion that remains in dispute followed by the parties' competing positions on each of the contested topics.

**So ORDERED and SIGNED this 22nd day of July, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE