# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-00376-JRG |
| APPLE INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC., <br><br> Counterclaim-Defendants. | |

## JOINT NOTICE REGARDING ERICSSON'S MOTION TO COMPEL APPLE TO PRESENT A CORPORATE REPRESENTATIVE TO TESTIFY ON RELEVANT TOPICS

Pursuant to the Court's July 22, 2022 Order (Dkt. 137), Plaintiffs Telefonaktiebolaget LM Ericsson and Ericsson Inc. ("Ericsson") and Defendant Apple Inc. ("Apple") conducted a lead and local meet and confer on July 28, 2022, and have continued conferring in a good-faith attempt to further narrow the dispute, including through the further designation of witnesses on the topics identified in Ericsson's Motion to Compel Apple to Present a Corporate Representative, or through the elimination of certain scope objections to various topics for which Apple had previously provided partial designations. Notwithstanding the parties' efforts, they remain at impasse on the following topic from Ericsson's May 13, 2022 Third Notice of Deposition to Apple:

- 1 -

**Ericsson Topic 50:** "Business agreements or ventures that Apple has entered into related to the 2G, 3G, 4G, or 5G standard, or any Apple product capable of utilizing those standards including, but not limited to, deals or agreements with Foxconn, Wistron, Pegatron, and Qualcomm."

*Apple's Designation on Topic 50: None.*

| | |
|---|---|
| Dated: August 3, 2022 | Respectfully Submitted, |
| Theodore Stevenson, III (Lead Attorney)<br>Texas State Bar No. 19196650<br>ted.stevenson@alston.com<br>**ALSTON & BIRD**<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone: (214) 922-3507<br>Facsimile: (214) 922-3899<br><br>Andrew J. Tuck (*pro hac vice*)<br>Georgia Bar No. 402306<br>andy.tuck@alston.com<br>Bryan Lutz (*pro hac vice*)<br>Georgia Bar No. 915395<br>bryan.lutz@alston.com<br>**ALSTON & BIRD**<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: 404-881-7000<br>Facsimile: 404-881-7777<br><br>Christine Woodin<br>Texas State Bar 24199951<br>cwoodin@hueston.com<br>**HUESTON HENNIGAN LLP**<br>523 West 6th St., Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4099<br>Facsimile: (888) 775-0898 | */s/ Nicholas Matthews*<br>Nicholas Mathews<br>Texas State Bar No. 24085457<br>nmathews@McKoolSmith.com<br>Alexander Chern<br>Texas State Bar No. 24109718<br>achern@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>Blake Bailey<br>Texas State Bar No. 24069329<br>bbailey@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>600 Travis Street, Suite 7000<br>Houston, TX 77002<br>Telephone: (713) 485-7300<br>Telecopier: (713) 485-7344<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 E. Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099<br><br>**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. AND** |

**TELEFONAKTIEBOLAGET LM ERICSSON**

Ruffin Cordell
cordell@fr.com
State Bar No. 04820550
FISH & RICHARDSON P.C.
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Benjamin C. Elacqua
State Bar No. 24055443
elacqua@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Betty Chen
State Bar No. 24056720
bchen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

 */s/ Timothy D. Syrett*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

Joseph J. Mueller (*pro hac vice*)
Timothy D. Syrett (*pro hac vice*)
joseph.mueller@wilmerhale.com
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000

Mark D. Selwyn (*pro hac vice*)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real #400
Palo Alto, CA 94306
Telephone: 650-858-6000
Facsimile:  650-858-6100

*Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 3, 2022.

/s/ *Andy Tuck*
Andy Tuck