IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 2:21-CV-00376-JRG <br> § <br> § <br> § <br> § <br> § |

## **ORDER**

Before the Court is the Motion for Leave to File Motion to Enforce Party Agreement (the "Motion") filed by Defendant Apple Inc. ("Apple"). (Dkt. No. 152.) In the Motion, Apple seeks leave to file a motion to compel Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") to "comply with its own prior agreement to produce certain documents[] and make available a witness for a limited deposition" regarding the same. (*Id*. at 1.) Apple represents that the "prior agreement" relates to "Ericsson['s] stipulat[ion] to produce to Apple ten 'targeted' documents from prior regulatory/investigative proceedings selected by Apple." (*Id*.) According to Apple, Ericsson "refuse[s]" to produce two documents specifically requested by Apple pursuant to this agreement. (*Id*.) Apple contends that the documents sought are relevant to Apple's defenses in the above-captioned case. (*Id*.) Ericsson opposes the Motion. (*Id*. at 3.)

Having considered the Motion, the Court finds that Apple has demonstrated good cause for its request for leave. Accordingly, the Motion is **GRANTED**. Apple has **leave** to file the Motion to Enforce Party Agreement.

**So Ordered this**

**Aug 12, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE