IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., AND TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | CIVIL ACTION NO. 2:21-CV-00376-JRG |
| APPLE INC., | | |
| *Defendant*. | | |

**ORDER**

Before the Court is the Motion for Leave to File a Reply Brief in Support of Apple's Motion to Enforce Party Agreement (the "Motion") filed by Defendant Apple Inc. ("Apple"). (Dkt. No. 165.) In the Motion, Apple seeks leave to file a reply brief in support of its Motion to Enforce Party Agreement to Produce Certain Specifically Enumerated Documents (Dkt. No. 153). (*Id*. at 1.) Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") do not oppose the Motion. (*Id*. at 2.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Apple has **leave** to file a reply brief in support of its Motion to Enforce Party Agreement. It is also **ordered** that Ericsson be permitted to file a sur-reply.

**So ORDERED and SIGNED this 30th day of August, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE