# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON, § § § § *Plaintiffs*, § § v. § § APPLE INC., § § *Defendant*. § § | CIVIL ACTION NO. 2:21-CV-00376-JRG |

## ORDER

Before the Court is the Joint Motion to Amend Order on the Number and Use of Pre-Admitted Exhibits at Trial (the "Motion") filed by Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") and Defendant Apple Inc. ("Apple"). (Dkt. No. 273.) On November 2, 2022, the Court issued an Order on the Number and Use of Pre-Admitted Exhibits at Trial which allotted seventy-five (75) exhibits for inclusion on a Joint Exhibit List and thirty (30) exhibits per side for inclusion on disputed Party Exhibit Lists. (Dkt. No. 246.) In the Motion, the parties represent that they have agreed on only thirty-three (33) exhibits for inclusion on the Joint Exhibit List. (Dkt. No. 273 at 1.) The parties thus request that the number of exhibits allowed on the Joint Exhibit List be reduced from seventy-five (75) to thirty-three (33) and that the number of exhibits on the Party Exhibit Lists be increased from thirty (30) per side to fifty-one (51) per side. (*Id*. at 1–2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED** as modified by the Court herein. The Court **ORDERS** that the number of exhibits for inclusion on the Joint Exhibit List shall remain at seventy-five (75). It is **FURTHER**

**ORDERED** that the number of exhibits on the Party Exhibit Lists shall be increased from thirty (30) exhibits per side to forty (40) exhibits per side. The parties shall continue to meet and confer with the goal of reaching further agreement on the exhibits for inclusion on the Joint Exhibit List.

**So Ordered this**

Nov 15, 2022

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE