IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON<br><br>v.<br><br>APPLE INC. | §<br>§<br>§<br>§   Case No.  2:21-cv-00376-JRG<br>§<br>§<br>§<br>§ |

MINUTES FOR PRETRIAL CONFERENCE – DAY 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 22, 2022

**OPEN:   08:34 AM**                                                            **ADJOURN:   02:27 PM**

ATTORNEYS FOR PLAINTIFFS:            See attached

ATTORNEYS FOR DEFENDANT:          See attached.

LAW CLERKS:                                         Katie Albanese
                                                             Patrick Clark
                                                             Harris Huguenard

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                     Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:34 AM | Court opened. |
| 08:35 AM | Court proceeded with Day 2 of pretrial conference. |
| 08:35 AM | Court proceeded to hear argument re: parties' remaining objections to MILS. |
| 08:36 AM | Ericsson's MILs: |
| 08:36 AM | MIL 1: Argument presented. |
| 08:39 AM | Court ruling: GRANTED. |
| 08:40 AM | MIL 2: Withdrawn per agreement. |
| 08:40 AM | MIL 3: Argument presented. |
| 08:43 AM | Court ruling: DENIED. |
| 08:44 AM | MIL 4: Argument presented. |
| 08:51 AM | Court ruling: DENIED. |
| 08:53 AM | MIL 5: Withdrawn per agreement. |

| TIME | MINUTE ENTRY |
|---|---|
| 08:53 AM | Apple's MILs: |
| 08:54 AM | **Courtroom sealed.** |
| 08:54 AM | MIL 1: Argument presented. |
| 09:09 AM | Court ruling: DENIED. |
| 09:14 AM | MIL 2: Argument presented. |
| 09:21 AM | Court ruling: DENIED. |
| 09:21 AM | MIL 3: Argument presented. |
| 09:25 AM | Court ruling: GRANTED. |
| 09:26 AM | MIL 4: GRANTED per agreement. |
| 09:26 AM | MIL 5: Withdrawn per agreement. |
| 09:27 AM | Conclusion of argument re: MILS. |
| 09:28 AM | Court addressed the filing of Dkt. No. 280. |
| 09:30 AM | Court directed counsel for the parties to meet and confer re: narrowing of remaining exhibit disputes. |
| 09:32 AM | **Courtroom unsealed.** |
| 09:32 AM | Recess. |
| 09:57 AM | Court reconvened. |
| 09:57 AM | Agreement reached by the parties re: narrowing of exhibit disputes and presented to the Court. Rulings made as set forth in the record. |
| 10:06 AM | Court heard argument re: [SEALED] Ericsson's Motion to Compel and for *In Camera* Review During Pretrial Conference (Dkt. No. 271). |
| 10:07 AM | **Courtroom sealed.** |
| 10:07 AM | Mr. Lutz presented argument for Plaintiffs. |
| 10:17 AM | Responsive argument by Mr. Selwyn for Defendant. |
| 10:23 AM | Court DENIED Dkt. No. 271. |
| 10:24 AM | Court began hearing argument re: objections to remaining exhibits. |
| 10:24 AM | Ericsson's Bucket 1: Argument presented. |
| 10:38 AM | Court made rulings as set forth in the record. |
| 10:40 AM | Court instructed counsel to meet and confer re: remaining objections to Ericsson's Bucket 1. |
| 10:40 AM | Ericsson's Bucket 2: Argument presented. |
| 10:59 AM | Court made rulings as set forth in the record. |
| 11:00 AM | Ericsson's Bucket 3: Argument presented. |
| 11:06 AM | Court made rulings as set forth in the record. |
| 11:06 AM | Ericsson's Bucket 4: Argument presented. |
| 11:10 AM | Court made rulings as set forth in the record. |
| 11:10 AM | Apple's Bucket 1: Argument presented. |
| 11:14 AM | Court made rulings as set forth in the record. |
| 11:15 AM | Apple's Bucket 3: Argument presented. |
| 11:27 AM | Court made rulings as set forth in the record. |
| 11:27 AM | Apple's Bucket 9: Argument presented. |
| 11:43 AM | Court made rulings as set forth in the record. |
| 11:44 AM | Recess for lunch. |
| 01:26 PM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:26 PM | Apple's Bucket 11: Argument presented. |
| 01:34 PM | Court made rulings as set forth in the record. |
| 01:36 PM | Apple's Bucket 12: Argument presented. |
| 01:40 PM | Court made rulings as set forth in the record. |
| 01:41 PM | Ericsson's Bucket 5: Argument presented. |
| 01:54 PM | Court made rulings as set forth in the record. |
| 01:56 PM | Ericsson's Bucket 6: Argument presented. |
| 02:03 PM | Court made rulings as set forth in the record. |
| 02:04 PM | Agreement reached and presented to the Court re: remaining objections to Ericsson's Bucket 1. |
| 02:05 PM | **Courtroom unsealed.** |
| 02:06 PM | Court provided instructions re: targeted redactions and sealing of transcript until further Order of the Court. |
| 02:07 PM | Dispositive motions -- Dkt. Nos. 187, 191, 179 and 177 -- were withdrawn. |
| 02:09 PM | Arguments concluded. |
| 02:09 PM | Court discussion re: trial time limits. |
| 02:23 PM | Mr. Mathews made inquiry with the Court re: verdict form. |
| 02:26 PM | Pretrial process completed. |
| 02:27 PM | Court adjourned. |