## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON<br><br>v.<br><br>APPLE INC. | §<br>§<br>§   CIVIL ACTION NO. 2:21-CV-00376-JRG<br>§<br>§<br>§<br>§ |

### MINUTES FOR JURY TRIAL DAY NO. 5
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### December 9, 2022

**OPEN:** 08:26 AM                                                                 **ADJOURN:** 08:36 AM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Katie Albanese<br>Patrick Clark<br>Harris Huguenard |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:26 AM | Jury entered the courtroom. |
| 08:27 AM | The parties announced to the Court that all disputes have been resolved through settlement. Settlement also disposes of 2:21-cv-460. Terms of settlement to be confidential. |
| 08:28 AM | Court provided explanation to the jury and thanked them for their service. |
| 08:33 AM | Court directed the parties to file a joint motion to dismiss in both cases within 30 days. |
| 08:35 AM | Court discharged jury. |
| 08:36 AM | Court adjourned. |