

**2:21-cv-00376-JRG**
**Ericsson Inc et al v Apple Inc**
**December 9, 2022 at 8:30 AM**
**Trial -- Day 5**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Ross R. Barton | Ericsson |
| Ted Stevenson | ↓ |
| Sam Baxter | |
| Nick Mathews | |
| Christine Woodin | |
| Joe Mueller | Apple |
| Melissa Smith | ↓ |
| Ruffin Cordell | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Christina Petersson | Ericsson |
| Heather Mewes | Apple |